

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00153-CV

**IN THE INTEREST OF A.L.H.** and G.F.H.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01945
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's order terminating the parental rights of Appellant Mother R.C. is REVERSED, and the cause is REMANDED to the trial court for further proceedings. The trial court's order is AFFIRMED in all other respects.

No costs of appeal are assessed against appellant.

SIGNED November 14, 2018.

_____
Karen Angelini, Justice